UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAMELA FELDERHAMILTON,

                                **Plaintiff,**

                                                                   No. 22 Civ. 2367

    -against-

MICHAEL ANTONIO MORILLO LUCIANO and
RD EXPRESS, INC.,

                                **Defendants.**
------------------------------------------------------------------X

## NOTICE OF REMOVAL

        Defendants Michael Morillo and RD Express Inc. remove this action from Supreme Court of the State of New York, Sullivan County to the United States District Court for the Southern District of New York.

        1.     The plaintiff commenced this action against Michael Morillo and RD Express Inc. in the Supreme Court of the State of New York, Sullivan County. A copy of the complaint is attached as **Exhibit A**; a copy of the answer is attached as **Exhibit B**.

        2.     Pamela Felderhamilton is (and was) a citizen of the State of New York when this action was started in state court.

        3.     The defendants are a citizen of a state other than the State of New York and a citizen of a foreign state and were a citizen of a state other than the State of New York and a citizen of a foreign state when this action was started in state court.

        a.     Michael Morillo is (and was) a citizen of the Dominican Republic lawfully admitted for permanent residence in the United States and domiciled in the Commonwealth of Pennsylvania.

    b. RD Express Inc. is (and was) a corporation incorporated in the Commonwealth of Pennsylvania with its principal place of business in the Commonwealth of Pennsylvania.

    4. The plaintiff seeks damages in excess of $75,000 exclusive of interest and costs, which damages were first explicitly specified in a paper served on March 22, 2022 and received on March 22, 2022.

    5. The court has subject-matter jurisdiction over this action under section 1332(a)(3) of the Judicial Code, 28 U.S.C. § 1332(a)(3), because the action—both now and when it was started in state court—is between citizens of different states in which a citizen of a foreign state is an additional party and the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs.

    6. The defendants may, under section 1441(a) of the Judicial Code, 28 U.S.C. § 1441(a), remove this action to this court because this is a civil action of which the district courts of the United States have original jurisdiction that is brought in a state court.

    7. All defendants join in the removal of this action to this court.

Dated: New York, New York
   March 23, 2022

                     */s/ Charles D. Cole, Jr.*
                     Charles D. Cole, Jr.
                     Newman Myers Kreines Harris, P.C.
                     Attorneys for Defendants Michael Morillo
                       and RD Express Inc.
                     40 Wall Street
                     New York, New York 10005-1335
                     (212) 619-4350
                     dcole@newmanmyers.com